# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### MONROE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO. 12-0258 |
| VERSUS | JUDGE ROBERT G. JAMES |
| DONNA JEAN REMIDES | MAGISTRATE JUDGE HAYES |

<u>JUDGMENT</u>

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence [Doc. No. 96] is **DENIED**.

MONROE, LOUISIANA, this 24th day of November, 2014.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE